UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL JOHN PETERS, | No. CV 08-00943-GAF (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| J. L. NORWOOD, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: 8/7/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE